# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HONORABLE WENDELL GRIFFEN**                              **PLAINTIFF**

v.                                       **No. 4:17-cv-639-DPM**

**THE SUPREME COURT OF ARKANSAS;
HONORABLE JOHN DAN KEMP, in his official
capacity as Chief Justice of the Supreme Court of
Arkansas; and HONORABLE ROBIN F. WYNNE,
HONORABLE COURTNEY HUDSON GOODSON,
HONORABLE JOSEPHINE L. HART,
HONORABLE SHAWN A. WOMACK,
HONORABLE KAREN R. BAKER, and
HONORABLE RHONDA K. WOOD, in their
official capacities as Associate Justices of the
Supreme Court of Arkansas**                          **DEFENDANTS**

## ORDER

I served on the Arkansas Court of Appeals with Judge Griffen, Justice Baker, Justice Goodson, and Justice Hart. My impartiality in handling this case between my former colleagues could reasonably be questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*12 October 2017*