# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 24, 2018

Mr. Robert S. Peck
CENTER FOR CONSTITUTIONAL LITIGATION, P.C.
Suite 12a
50 Riverside Boulevard
New York, NY  10069

RE:  18-1864  In Re: Honorable John Kemp, et al

Dear Counsel:

A petition for a writ has been filed under the referenced number and the electronic payment has been received.

The petition will be submitted to a panel of judges, and you will be advised of the Court's ruling.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:	Mr. Kenneth P. Castleberry
	Mr. Timothy Oliver Dudley
	Mr. Robert L. Henry III
	Mr. Matt Keil
	Mr. Michael W. Kirk
	Mr. William C. Marra
	Mr. Jim McCormack
	Mr. David B. Meschke
	Mr. Christopher O. Murray
	Mr. Alfred F. Thompson III
	Mr. David H. Thompson

District Court/Agency Case Number(s):   4:17-cv-00639-JM

**Caption For Case Number:   18-1864**

In re: Honorable John Dan Kemp; Honorable Robin F. Wynne; Honorable Courtney Hudson-Goodson; Honorable Josephine L. Hart; Honorable Shawn A. Womack; Honorable Karen R. Baker; Honorable Rhonda K. Wood

        Petitioners

**Addresses For Case Participants:   18-1864**

Mr. Robert S. Peck
CENTER FOR CONSTITUTIONAL LITIGATION, P.C.
Suite 12a
50 Riverside Boulevard
New York, NY  10069

Mr. Kenneth P. Castleberry
MURPHY & THOMPSON
Suite 200
555 E. Main Street
Batesville, AR  72503-0000

Mr. Timothy Oliver Dudley
DUDLEY & COMPTON
114 S. Pulaski
Little Rock, AR  72201

Mr. Robert L. Henry III
BARBER LAW FIRM
Suite 3400
425 W. Capitol Avenue
Little Rock, AR  72201-3414

Mr. Matt Keil
KEIL & GOODSON
406 Walnut Street
Texarkana, AR  71854

Mr. Michael W. Kirk
COOPER & KIRK
1523 New Hampshire Avenue, N.W.
Washington, DC  20036

Mr. William C. Marra
COOPER & KIRK
1523 New Hampshire Avenue, N.W.
Washington, DC  20036

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. David B. Meschke
BROWNSTEIN & HYATT
Suite 2200
410 17th Street
Denver, CO  80202

Mr. Christopher O. Murray
BROWNSTEIN & HYATT
Suite 2200
410 17th Street
Denver, CO  80202

Mr. Alfred F. Thompson III
MURPHY & THOMPSON
Suite 200
555 E. Main Street
Batesville, AR  72503-0000

Mr. David H. Thompson
COOPER & KIRK
1523 New Hampshire Avenue, N.W.
Washington, DC  20036